IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DOMINGO AMADOR,

      Plaintiff,

vs.                                     CASE NO.: 5:05cv127-SPM/MD

FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

      Defendants.

_____/

## ORDER

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc.13) dated November 22, 2006. Plaintiff has been furnished a copy and has filed objections (doc. 17). Pursuant t o Title 28, United States Code, Section 636(b)(1), I have considered the objections and I have determined that the report and recommendation should be adopted.

As stated in the report and recommendation, the Prison Litigation Reform Act at 42 U.S.C. § 1977e requires exhaustion of administrative remedies <u>before</u> a case can be filed in court. "[A] suit filed by a prisoner before administrative remedies have been exhausted must be dismissed; the district court lacks discretion to resolve the claim on the merits, even if the prisoner exhausts intra-prison remedies

before judgment." <u>Perez v. Wisonsin Dep't of Corrections</u>, 182 F.3d 532, 535 (7th Cir. 1999).

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 13) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim due to Plaintiff's failure to exhaust his administrative remedies prior to filing this case.

DONE AND ORDERED this 29th day of June, 2006.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge